## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | June 10, 2016 |
| **Bankruptcy Case** | 16 B 09701 | **Adversary No.** | |
| **Title of Case** | Abdulghani Alchaar | | |

**Brief Statement of Motion**

Court's own motion to vacate order dated April 29, 2016

(Docket entry No. 13)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

**The court's motion is granted.  The order disallowing attorney fees and for disgorgement entered on April 29, 2016, docket entry No. 13, is vacated for the reasons stated on the record.**